# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 AUG 26 PM 1:37

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARRELL WEATHERSPOON (01),

    Defendant.

CASE NO. 13CR1686-AJB

BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

Conspiracy to Engage in Sex Trafficking of Children

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/23/13

Anthony J. Battaglia
U.S. District Judge